ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
TERRENCE P. MANN (Cal. SBN 211377)
Assistant United States Attorney
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2438
     Facsimile: (213) 894-3713
     E-mail: terrence.mann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> v. <br><br> VICTOR GOMEZ-ORTIZ, <br><br> Defendant/Petitioner. | No.  CV 10-2482-CAS <br>     CR 04-1239(A)-CAS <br><br> UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255; DECLARATION OF TERRENCE P. MANN |

Plaintiff/respondent United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests an extension of time to respond to the Motion to Correct Sentence pursuant to 28 U.S.C. § 2255 ("Motion") filed by defendant/petitioner VICTOR GOMEZ-ORTIZ. The government requests that the time to file a response to the Motion be extended from May 24, 2010 to June 4, 2010.

The reasons for the present request are set forth in the attached Declaration of Assistant United States Attorney Terrence

1  P. Mann.  This application, which is made without opposition from
2  defendant, is based on the attached declaration, as well as the
3  files and records of this case.

4  DATED: May 24, 2010              Respectfully submitted,

5                                   ANDRÉ BIROTTE JR.
                                    United States Attorney
6
                                    CHRISTINE C. EWELL
7                                   Assistant United States Attorney
                                    Chief, Criminal Division
8
                                            /S/
9                                   _____
                                    TERRENCE P. MANN
10                                  Assistant United States Attorney

11                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF TERRENCE P. MANN**

I, Terrence P. Mann, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California (the "Office"). I have been assigned to prepare the government's response to the Motion to Correct Sentence pursuant to 28 U.S.C. § 2255 ("Motion") filed by defendant/petitioner VICTOR GOMEZ-ORTIZ ("defendant"). I have personal knowledge of the following facts, and if called and sworn as a witness, I could competently testify thereto.

2. On April 22, 2010, the Court issued an Order requiring the government to file a response to the Motion on or before May 24, 2010. At the time the Order was issued, I was on family leave, and I am now again on family leave three-to-four days each week until I return to the Office full time on June 21, 2010. Thus, I am requesting a very brief extension of eleven (11) days in which to file the government's response to defendant's Motion. I believe that this is the minimum amount of time necessary to complete my review of the record in this case, to research the legal issues raised by defendant, and to draft the government's substantive response.

3. Accordingly, the government respectfully applies to this Court for an extension of time, until June 4, 2010, to file its response to defendant's Motion.

4. On May 24, 2010, I spoke with defendant's counsel, Mark Windsor, regarding this application. Mr. Windsor explained that his client would object to any sizeable continuance, and requested that I seek a continuance of the government's filing deadline to no

3

later than June 4, 2010.  Based on this discussion, I have not asked for a 45 or 60-day extension, as would be my standard practice, but instead am only requesting until June 4, 2010.  Per my discussion with Mr. Windsor, therefore, defendant does not object to the present ex parte request.

    5.   This application is not made for purposes of delay or tactical advantage, but merely to allow the government adequate time to respond to defendant's Motion.

    I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 24th day of May, 2010, in Los Angeles, California.

                                      /S/
                                   _____
                                   TERRENCE P. MANN
                                   Assistant United States Attorney