```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    TERRENCE P. MANN (Cal. SBN 211377)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2438
 7       Facsimile: (213) 894-3713
         E-mail: terrence.mann@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. **CV 10-2482-CAS** |
|---|---|
| | )    CR 04-1239(A)-CAS |
| Plaintiff/Respondent, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| VICTOR GOMEZ-ORTIZ, | ) |
| | ) |
| Defendant/Petitioner. | ) |
| | ) |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the deadline for the government to respond to the Motion to Correct Sentence pursuant to 28 U.S.C. § 2255 filed by defendant/petitioner VICTOR GOMEZ-ORTIZ is extended from May 24, 2010 to June 4, 2010. At defendant's request, the reply deadline will remain June 24, 2010.

DATED: May 25, 2010

*/s/ Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

_____/s/_____
TERRENCE P. MANN
Assistant United States Attorney
Date: May 24, 2010